14-3312

## United States District Court for the Northern District of Illinois

Case Number: 10CV5135      Assigned/Issued By: DJ

Judge Name:      Designated Magistrate Judge:

U.S.C.A. – 7th Circuit
RECEIVED
OCT 22 2014 EF
GINO J. AGNELLO
CLERK

### FEE INFORMATION

**Amount Due:** ☐ $400.00    ☐ $46.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☑ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 505.00      Receipt #: 4624128823

Date Payment Rec'd: 10/20/14      Fiscal Clerk: DJ

### ISSUANCES

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets      (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

_____ Original and _____ copies on _____ as to _____
(Date)

**NOTICE OF APPEAL**