# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

October 29, 2014

**By the Court:**

| | |
|---|---|
| RHONDA EZELL, et al., <br>     Plaintiffs-Appellees, <br>     Cross-Appellants, | ] Appeals from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. |
| Nos. 14-3312 and 14-3322    v. | ] <br> ] No. 1:10-cv-05135 |
| CITY OF CHICAGO, <br>     Defendant-Appellant, <br>     Cross-Appellee. | ] <br> ] Virginia M. Kendall, Judge. <br> ] |

O R D E R

On consideration of the "MOTION TO CONSOLIDATE APPEALS AND ALIGN BRIEFING" filed by appellants on October 22, 2014,

IT IS ORDERED that the motion is DENIED in light of the court's order of October 23, 2014.