# CERTIFICATE OF SERVICE

  The foregoing TRANSCRIPT INFORMATION SHEET has been electronically filed on November 5, 2014.  I certify that I have caused the foregoing TRANSCRIPT INFORMATION SHEET to be served on all counsel of record via CM/ECF electronic notice on November 5, 2014.

              s/ SUZANNE M. LOOSE
              **SUZANNE M. LOOSE**, Attorney