Nos. 14-3312, 14-3322 (consol.)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RHONDA EZELL, et al., | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiffs-Appellees/Cross-Appellants, | ) District of Illinois, Eastern Division |
| | ) |
| v. | ) No. 10 C 5135 |
| | ) |
| CITY OF CHICAGO, | ) The Honorable |
| | ) Virginia M. Kendall, |
| Defendant-Appellant/Cross-Appellee. | ) Judge Presiding |

**MOTION TO EXTEND TIME TO FILE REPLY/CROSS-APPELLEE'S BRIEF**

Defendant-appellant/Cross-Appellee, CITY OF CHICAGO, by its attorney, Stephen R. Patton, Corporation Counsel of the City of Chicago, moves this Court to extend the time in which to file its Reply/Cross-Appellee's brief from April 15, 2015 to May 15, 2015, and in support thereof submits the attached declaration.

          Respectfully submitted,

          STEPHEN R. PATTON
          Corporation Counsel
           of the City of Chicago

By:    s/ SUZANNE M. LOOSE
          **SUZANNE M. LOOSE**
          Senior Counsel
          **BENNA RUTH SOLOMON**
          Deputy Corporation Counsel
          30 North LaSalle Street, Suite 800
          Chicago, Illinois 60602
          Direct: (312) 744-8519
          suzanne.loose@cityofchicago.org

# DECLARATION

I, SUZANNE M. LOOSE, state that I am the Senior Counsel of the City of Chicago Law Department's Appeals Division assigned to this case, and have knowledge of the following:

1. The appellant's brief is due April 15, 2015. This is the City's first request for an extension of time to file its reply/cross-appellee's brief.

2. I have been working on the following matters, in addition to this case: Preparing for and attending a court-ordered mediation for Ernst v. City of Chicago, No. 14-3783 (7th Cir.), held on March 18, 2015; preparing the City's opening brief in City of Chicago v. Illinois Workers' Compensation Commission & Duarte, No. 14-2637 (Ill. App. Ct.), filed March 24, 2015; preparing the City's brief in Warren v. City of Chicago, No. 13-3929 (Ill. App. Ct.), in which the City has requested two extensions and it is now due April 24, 2015.

3. In addition, I will be out of the office on April 6 and 8-10, 2015, attending to personal matters and taking a long-planned family vacation. Given my absence and other responsibilities, I expect to complete a draft the week of April 20, 2015.

4. Thereafter, Benna Solomon, a supervisor who edited the City's opening brief and will be editing the reply/cross-appellee's brief, will be out of the country April 17-26, 2015. She will require some time to catch up and then to review the draft.

5. We therefore request an extension of time to May 15, 2015 to prepare our reply/cross-appellee's brief in this case.

6. I contacted counsel for the appellees/cross-appellants, Alan Gura, who indicated that he does not oppose this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed March 25, 2015.

                                               /s Suzanne M. Loose
                                               SUZANNE M. LOOSE, Attorney

# CERTIFICATE OF SERVICE

      The foregoing Motion to Extend Time to File Reply/Cross-Appellee's Brief has been electronically filed on March 25, 2015. I certify that I have caused the foregoing motion to be served on all counsel of record via CM/ECF electronic notice on March 25, 2015.

                                          s/ SUZANNE M. LOOSE
                                          **SUZANNE M. LOOSE**, Attorney