# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## ORDER

March 25, 2015

*By the Court:*

| | |
|---|---|
| Nos. 14-3312 & 14-3322 | RHONDA EZELL, et al.,<br>Plaintiffs - Appellees/Cross - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellant/Cross -Appellee |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-05135<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE REPLY/CROSS-APPELLEE'S BRIEF**, filed on March 25, 2015, by counsel for the appellant/cross-appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. Defendant shall file its combined reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before May 15, 2015.

2. Plaintiffs shall file their reply brief, if any, in the cross-appeal on or before May 29, 2015.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)