

**City of Chicago**
**Rahm Emanuel, Mayor**

**Department of Law**

Stephen R. Patton
Corporation Counsel

Appeals
Suite 800
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-7764
(312) 744-3588 (FAX)
(312) 744-7157 (TTY)

www.cityofchicago.org

March 26, 2015

Gino J. Agnello, Clerk
United States Court of Appeals
  for the Seventh Circuit
219 S. Dearborn Street
Room 2710
Chicago, IL 60604

     RE:  <u>Ezell, et al. v. City of Chicago</u>, Nos. 14-3312, 14-3322

Dear Mr. Agnello:

     The City of Chicago's appellant's reply/cross-appellee's response brief is due on May 15, 2015. The cross-reply brief is due on May 29, 2015, unless extended. When oral argument is set, I will be presenting argument on behalf of the City of Chicago. By this letter, we are requesting that the court in setting oral argument avoid July 7-8, 2015, when I will not be available for argument.

     Thank you for your assistance and courtesy in this matter.

                                    Sincerely,

                                    s/Benna Ruth Solomon
                                    Benna Ruth Solomon
                                    Deputy Corporation Counsel

# CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2015, I caused a copy of the foregoing letter concerning oral argument scheduling to be filed with the court and served using the CM/ECF system.

                                        s/Benna Ruth Solomon
                                        BENNA RUTH SOLOMON, Attorney