

105 ORONOCO STREET, SUITE 305
ALEXANDRIA, VIRGINIA 22314
TEL 703.835.9085
FAX 703.997.7665

WWW.GURAPOSSESSKY.COM

May 19, 2015

The Hon. Gino Agnello
Clerk, United States Court of Appeals
  for the Seventh Circuit
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

      Re:    *Ezell* v. *City of Chicago*
              U.S. Court of Appeals for the Seventh Circuit No. 14-3312, 14-3322

Dear Mr. Agnello,

     Upon reviewing the just-released argument calendar for the September, 2015 session and beyond, I respectfully request that the Court avoid setting oral argument in the above-captioned case on the following dates, when my co-counsel and I would be unavailable: September 18 and 21 (family commitment); September 22 (Yom Kippur Eve) and 24 (cannot travel to Chicago in time for argument that morning on account of holiday previous day); September 28-October 2 (co-counsel engaged in trial, *American Service Insurance Company v. P&P Auto Repair, et al*, 10 MR 764 (DuPage County)); October 6 & 7 (family commitment); November 5 (committed to speaking at symposium, Georgetown Law); November 12 and 13 (attending CLE event/conference); December 15-16 (overseas); and January 4-5 (family commitment). Additionally, I am scheduled to teach a course at Georgetown Law on Thursdays during the Spring, 2016 semester. Accordingly, I request that argument also be avoided on January 21; February 11 and 25; March 31; and April 7, 14 and 21.

     In the event the Court looks to set argument for this summer, I share opposing counsel's lack of availability during the week of July 7, where I am already set to appear in court on July 6 (preliminary injunction hearing, *Defense Distributed v. U.S. Dep't of State*, W.D. Tex. No. 15-CV-372), July 7 (status conference, *Wrenn v. Dist. of Columbia*, D.D.C. No. 15-CV-162), and July 9 (argument, *Binderup v. Attorney General*, 3d Circuit Nos. 14-4549/4550).

     Thank you in advance for your consideration and assistance. Please do not hesitate to contact me with any questions or concerns.

                                 Sincerely,

                                 /s/ Alan Gura
                               Alan Gura
                               Counsel for Appellees/Cross-Appellants

CERTIFICATE OF SERVICE

On this, the 19th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in this appeal are registered CM/ECF users who will be served by the CM/ECF system on May 19, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 19th day of May, 2015.

/s/ Alan Gura
Alan Gura