In the United States Court of Appeals
for the Seventh Circuit

| | | |
|---|---|---|
| Rhonda Ezell, et al., | ) | Nos. 14-3312, 14-3322 |
| | ) | |
|   Plaintiffs-Appellees/ | ) | |
|   Cross-Appellants, | ) | |
| | ) | |
|        v. | ) | |
| | ) | |
| City of Chicago, | ) | |
| | ) | |
|   Defendant-Appellant/ | ) | |
|   Cross-Appellee. | ) | |
| _____ | ) | |

## MOTION TO CURE DEFICIENCY AND FOR LEAVE TO FILE APPELLEES' REPLY BRIEF

Come now Appellees/Cross-Appellants Rhonda Ezell, Joseph I. Brown, William Hespen, Action Target, Inc., Second Amendment Foundation, Inc., and Illinois State Rifle Association, Appellees, by and through undersigned counsel, and move this Honorable Court, to cure the deficiency noted in the Court's Brief Deficiency Letter of June 1, 2015 and file their Reply Brief, and in support thereof submit the attached declaration and exhibits.

Dated: June 1, 2015                    Respectfully submitted,

                                                                 By:   /s/ Alan Gura

David G. Sigale                        Alan Gura
Law Firm of David G. Sigale, P.C.        Counsel of Record
799 Roosevelt Road, Suite 207          Gura & Possessky, PLLC
Glen Ellyn, IL 60137                   105 Oronoco Street, Suite 305
630.452.4547/Fax 630.596.4445          Alexandria, VA 22314
dsigale@sigalelaw.com                  703.835.9085/Fax 703.997.7665
                                                                                 alan@gurapossessky.com

Declaration

I, Alan Gura, counsel of record for the Appellees/Cross-Appellants, declare the following based on my personal knowledge.

1. On May 29, 2015, I submitted the Appellees/Cross-Appellants' Reply Brief due that day. The brief was filed later in the day than I would have liked, owing in part to technical issues, but nonetheless, it was submitted on time. Exhibit A is a true and correct copy of the screen displayed by the Court's ECF system upon the filing of the brief.

2. Shortly afterward, I noticed that the submitted brief did not contain copies of the disclosure statements inside the cover. I believed, based on past experience, that although the brief would have been considered timely, a brief deficiency notice would have issued instructing me to re-file the brief with the disclosure forms within seven days.

3. Accordingly, to save time and simply get the matter resolved, I inserted the disclosure statements into the file, and re-submitted the brief. However, the re-submitted brief was received by the Court nine (9) seconds after midnight, generating the Court's June 1, 2015 brief deficiency letter. See Exhibit B for a true and correct copy of the screen displayed by the Court's ECF system upon the re-submission of the brief.

4. There is no difference between the file submitted on May 29, 2015, and the file submitted at 12:00:09 AM on May 30, 2015, save for the inclusion of disclosure statement forms in the second file.

5. Plaintiffs-Appellees/Cross-Appellants respectfully request that the second uploaded file, attached again to this motion, be accepted for filing, as Plaintiffs submitted the identical substantive material on May 29, 2015; the original deficiency in the first, timely submission was not substantive; and no possible prejudice or alteration to the Court's processing of the case would be implicated by the re-submission having arrived nine seconds after midnight. However, the Court's consideration of the reply brief would greatly aid resolution of this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 1st day of June, 2015.

/s/ Alan Gura
Alan Gura

# CERTIFICATE OF SERVICE

 I hereby certify that on June 1, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


   /s/ Alan Gura
   Alan Gura