***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Seventh Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/30/2015 at 12:00:09 AM CDT and filed on 05/30/2015

| | |
|---|---|
| **Case Name:** | Rhonda Ezell, et al v. City of Chicago |
| **Case Number:** | 14-3312 |
| **Document(s):** | Document(s) |

**Docket Text:**
Re-Submitted appellee reply in cross-appeal brief by Alan Gura for Appellees Action Target, Incorporated, Joseph I. Brown, Rhonda Ezell, William Hespen and Second Amendment Foundation, Incorporated in 14-3312, Appellants Action Target, Incorporated, Joseph I. Brown, Rhonda Ezell, William Hespen and Second Amendment Foundation, Incorporated in 14-3322. [32] [6666632] [14-3312, 14-3322] (Gura, Alan)

**Notice will be electronically mailed to:**

Mr. David G. Sigale, Attorney
Ms. Suzanne M. Loose, Attorney
Mr. Alan Gura, Attorney

The following document(s) are associated with this transaction:
**Document Description:** Submit a Brief
**Original Filename:** appellees_xap_reply3.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=05/30/2015] [FileNumber=6666632-0]
[26bbab007624c37e392cc2e9f945392a15bb0cd43dd3939ccbb14f30291a653e1f423faf87c0cd12127aa28990ba55a2c30549719b06079f5295699b02dfec50]]