# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

June 2, 2015

| | |
|---|---|
| Nos. 14-3312 and 14-3322 | RHONDA EZELL, et al., Plaintiffs - Appellees Cross-Appellants<br><br>v.<br><br>CITY OF CHICAGO, Defendant - Appellant Cross-Appellee |
| **Originating Case Information:** ||
| District Court No: 1:10-cv-05135<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **MOTION TO CURE DEFICIENCY AND FOR LEAVE TO FILE APPELLEES' REPLY BRIEF**, filed on June 1, 2015, by Attorney Alan Gura,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the reply brief of the cross-appellants, electronically submitted as document 32.

form name: **c7_InstanterOrderFiled**(form ID: **123**)